UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**Owners Insurance Company**,  )
                Plaintiff,  )
                  )
    V.  )
                  )  Case No. 4:09CV00606 CAS
                  )
**Amco Insurance Company**.  )
                  )
              Defendant.  )


ORDER

     The above-styled case was filed in the Eastern Division of this court on April 20, 2009, and assigned to the Honorable Charles A. Shaw. Because the jurisdiction of this matter lies in the Northern Division of this district, this case should have been assigned a Northern Division case number.

     IT IS HEREBY ORDERED that the above styled cause is transferred to the Northern Division of this court and assigned Case No.2:09cv0016AGF. The Honorable Audrey G. Fleissig will preside.

     Case No. 4:09cv00606 CAS is hereby administratively closed.

     Dated this 21st day of April, 2009.


                                            JAMES G. WOODWARD
                                            Clerk of Court

                                            By: /s/ Karen Moore
                                            Deputy Clerk


Please refer to Case No. **2:09cv0016 AGF** in all future matters concerning this case.